with the emergency brake set and with the wheels turned to the curb, and that while the driver was in a certain store the car was started by certain children and that he was not guilty of any negligence.

*F. A. W. Ireland* for appellants.
*Andrew Wilson, Jr.*, and *John R. Lazenby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, CRANE, LEHMAN and O'BRIEN, JJ. Dissenting: ANDREWS and KELLOGG, JJ. Not sitting: CARDOZO, Ch. J.

---

BENJAMIN BAMONTE, Respondent, *v.* OCEAN BEACH-FIRE ISLAND COMPANY et al., Appellants, Impleaded with Another.

*Real property — title — tax sales — action to determine title to real property — validity of tax sales.*

*Bamonte* v. *Ocean Beach-Fire Island Co.*, 222 App. Div. 676, affirmed. (Argued June 15, 1928; decided July 19, 1928.)

APPEAL from a judgment, entered December 28, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to compel determination of a claim to real property consisting of certain beach lands in the town of Islip. Both plaintiff and defendant Ocean Beach-Fire Island Company claimed through county treasurer's deeds upon tax sales. The Appellate Division held that the publication of the notices of sale for the taxes levied in 1918 and 1919 was not in compliance with the statute applicable, and that, for such reason, the two deeds made by the county treasurer of Suffolk county to the defendant Ocean Beach-Fire Island Company, dated December 1, 1923, and January 31, 1924, are void and of no effect.

*Walter Fairchild* for appellants.

*William C. Chanler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CARDOZO, Ch. J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY GLASSMAN, Appellant.

*Crimes — unlawfully marking goods — judgment of conviction affirmed.*

*People* v. *Glassman*, 223 App. Div. 830, affirmed.

(Submitted June 15, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1928, which affirmed a judgment of the Court of Special Sessions of the City of New York convicting the defendant of unlawfully marking an article as made of platinum in violation of section 445 of the Penal Law.

*K. Henry Rosenberg* for appellant.

*Joab H. Banton, District Attorney (Edwin B. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GRACE W. R. CLARK et al., Respondents, *v.* THE GREEN-WOOD CEMETERY, Appellant.

*Cemeteries — action to compel cemetery corporation to permit removal of bodies therefrom.*

*Clark* v. *Green-Wood Cemetery*, 223 App. Div. 789, affirmed.

(Argued June 18, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 10, 1928, affirming a judgment in favor of plaintiffs entered upon an order of Special Term granting